IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case: 1:24–mc–00010
Assigned To : McFadden, Trevor N.
Assign. Date : 1/26/2024
Description: Misc.

C5 CAPITAL LIMITED and
ANDRÉ PIENAAR

*Applicants*,

For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings

MISCELLANEOUS CASE NO.:

**C5 CAPITAL LIMITED'S AND ANDRÉ PIENAAR'S**
***EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

Applicants C5 Capital Limited ("C5 Capital") and André Pienaar ("Mr. Pienaar"), through counsel, apply to the Court for an Order under 28 U.S.C. § 1782 granting them leave to issue subpoenas to Stein Mitchell Beato & Missner LLP ("Stein Mitchell") to produce documents and give testimony for use in a breach-of-contract and defamation lawsuit against Daniel Freeman, a former employee of C5 Capital.

This Application is supported by the Memorandum of Points and Authorities and the Declarations of Joseph R. Oliveri ("Oliveri Decl."), André Pienaar ("Pienaar Decl."), Arno Robbertse ("Robbertse Decl."), and Louise Mary Boswell ("Boswell Decl.") filed herewith. A proposed order is attached hereto as **Exhibit A**, proposed subpoena to produce documents, information, or objects in a civil action is attached hereto as **Exhibit B**, and a proposed subpoena to testify at a deposition in a civil action is attached hereto as **Exhibit C.**

RECEIVED
JAN 26 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Dated: January 26, 2024

*/s/ Joseph R. Oliveri*

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Joseph R. Oliveri (D.C. Bar No. 994029)
Steven Harrison (D.D.C. Bar No. VA134)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
joe@clarelocke.com
steven@clarelocke.com

*Attorneys for Applicants C5 Capital Limited and André Pienaar*