IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

C5 CAPITAL LIMITED and
ANDRE PIENAAR

       Applicants,                Case No.: 1:24 MC 00010 TNM

For an Order Pursuant to 28 U.S.C. § 1782
Granting Leave to Obtain Discovery for Use
in Foreign Proceedings

**[PROPOSED] ORDER GRANTING RESPONDENT STEIN MITCHELL BEATO & MISSNER LLP'S REQUEST FOR BRIEFING SCHEDULE**

Respondent Stein Mitchell Beato & Missner LLP's Request for Briefing Schedule is GRANTED.

It is hereby ORDERED that Respondent shall thirty (30) days from the date of entry of this Order to file any response in opposition to the application.

SO ORDERED.

Dated: _____

                                                  _____
                                                  HON. TREVOR N. MCFADDEN
                                                  UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of January, 2024 the foregoing was efiled and served on:

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Joseph R. Oliveri (D.C. Bar No. 994029)
Steven Harrison (D.D.C. Bar No. VA134)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
joe@clarelocke.com
steven@clarelocke.com
*Attorneys for Applicants C5 Capital Limited
and André Pienaar*

/s/ *Philip J. O'Beirne*
Philip J. O'Beirne