IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

C5 CAPITAL LIMITED and
ANDRÉ PIENAAR

*Applicants*,

For an Order Pursuant to 28 U.S.C. § 1782
Granting Leave to Obtain Discovery for Use
in Foreign Proceedings

CASE NO.: 1:24-MC-00010-TNM

## NOTICE OF SUPPLEMENTAL AUTHORITY

Applicants André Pienaar and C5 Capital Limited file this Notice of Supplemental Authority to inform the Court of a decision in a related case.  [*See* Dkt. 8 (Related Case Form).] Shortly after filing their Application with this Court, Applicants filed a similar application in the District Court for the District of Maryland seeking discovery from RosettiStarr LLC, which is located in Maryland.  *See In re Ex Parte Application of C5 Capital Ltd. & André Pienaar*, No. 24-mc-45 (D. Md.).  Today, the Court entered an Order Granting the Application and Denying as Moot RosettiStarr's Motion to Intervene.  In so doing, the Court necessarily held, at least based on its *ex parte* review, that the Application satisfies all of the statutory factors under 28 U.S.C. § 1782 and that the discretionary *Intel* factors favor granting the Application.  A copy of the Court's Order is attached hereto as an Exhibit.

Dated:  April 4, 2024

_/s/ Joseph R. Oliveri_

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Joseph R. Oliveri (D.C. Bar No. 994029)
Steven Harrison (D.D.C. Bar No. VA134)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
joe@clarelocke.com
steven@clarelocke.com

*Attorneys for Applicants C5 Capital Limited
and André Pienaar*

# **<u>EXHIBIT</u>**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| _____ ) | |
| IN RE *EX PARTE* APPLICATION OF C5 ) | |
| CAPITAL LIMITED AND ANDRÉ ) | |
| PIENAAR FOR AN ORDER ) | Misc. Case No. 24-mc-00045-LKG |
| PURSUANT TO 28 U.S.C. § 1782 ) | |
| GRANTING LEAVE TO OBTAIN ) | Dated:  April 4, 2024 |
| DISCOVERY FOR USE IN FOREIGN ) | |
| PROCEEDINGS. ) | |
| ) | |
| ) | |
| _____ ) | |

### ORDER

On January 29, 2024, Applicants C5 Capital Limited ("C5 Capital") and André Pienaar filed an *ex parte* application, seeking leave to issue subpoenas to RosettiStarr LLC ("RosettiStarr") to produce documents and give testimony for use in Applicants' breach-of-contract and defamation lawsuit against Daniel Freeman, a former employee of C5 Capital.  ECF No. 1.

On February 5, 2024, RosettiStarr filed a motion to intervene and request to respond. ECF No. 9.

In light of the foregoing, and for good cause shown, the Court:

(1) **GRANTS** Applicants' *ex parte* application for leave to issue subpoenas to RosettiStarr; and

(2) **DENIES AS MOOT** RosettiStarr's motion to intervene and request to respond. RosettiStarr may instead file any motion in this matter following receipt of Applicants' subpoenas.

 **IT IS SO ORDERED.**

s/ Lydia Kay Griggsby_____
LYDIA KAY GRIGGSBY
United States District Judge