IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C5 CAPITAL LIMITED and<br>ANDRÉ PIENAAR<br><br>*Applicants*,<br><br>For an Order Pursuant to 28 U.S.C. § 1782<br>Granting Leave to Obtain Discovery for Use<br>in Foreign Proceedings | CASE NO.: 1:24-MC-00010-TNM |

## STATUS REPORT

COME NOW Applicants C5 Capital Limited and André Pienaar, through counsel, and respectfully submit this Status Report in response to the Court's June 28, 2024 Minute Order.

Applicants deposed Respondent's corporate representative on June 27, 2024. Counsel for the Parties received copies of the deposition transcript on July 12, 2024. Counsel for Applicants have reviewed copies of the transcript and take the position that there remain no disagreements between the Parties regarding any of the issues counsel discussed during the deposition. Applicants sought counsel for Respondent's consent to submit this Status Report as a Joint Status Report, but received no response.

Accordingly, Applicants request that the above-captioned case be closed.

Dated: July 26, 2024           */s/ Joseph R. Oliveri*
Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Joseph R. Oliveri (D.C. Bar No. 994029)
Steven Harrison (D.D.C. Bar No. VA134)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
joe@clarelocke.com
steven@clarelocke.com
*Attorneys for Applicants C5 Capital Limited*
*and André Pienaar*